UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHAWMUT REALTY COMPANY et al.,<br>  Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS<br>BANK, FSB, et al.,<br>  Defendants. | C.A. No. 11-506-M |
| JEFFREY MARCHAND<br>  Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., et al.,<br>  Defendants. | C.A. No. 13-399-M |
| HECTOR VASQUEZ-PAEZ, et al.<br>  Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>  Defendants. | C.A. No. 12-269-M |
| ADRIANO FREIRE, et al.<br>  Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK, et al.,<br>  Defendants. | C.A. No. 12-603-M |

| | |
|---|---|
| MANUEL DELEON,<br>      Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>      Defendants. | C.A. No. 12-050-M |
| JUAN OLIVO<br>      Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, et al.,<br>      Defendants. | C.A. No. 13-089-M |
| ROBERT EDEN,<br>      Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>      Defendants. | C.A. No. 11-598-M |
| THOMAS D. GAMMINO,<br>      Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>      Defendants. | C.A. No. 12-335-M |

| | |
|---|---|
| THOMAS DiSANTO, et al.,<br>　　　Plaintiffs,<br><br>　　v.<br><br>JP MORGAN BANK, N.A., et al.,<br>　　　Defendants. | C.A. No. 12-318-M |
| JOHN CLARK DONATELLI,<br>　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>　　　Defendants. | C.A. No. 12-714-M |
| RODACIANO RODRIGUEZ, et al,<br>　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, NA, et al.,<br>　　　Defendants. | C.A. No. 12-210-M |
| ADELINO MELO, et al.,<br>　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, NA., et al.,<br>　　　Defendants. | C.A. No. 10-439-M |

| | |
|---|---|
| BARBARA TESTA, et al.,<br>    Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO<br>SERVICING, INC,, et al.,<br>    Defendants. | C.A. No. 12-386-M |
| SHARON STEELE,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION, et al.,<br>    Defendants. | C.A. No. 12-666-M |
| RAFAEL GENAO,<br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., et al.<br>    Defendants. | C.A. No. 12-664-M |
| DANIEL RAFAEL, et al.,<br>    Plaintiffs,<br><br>v.<br><br>FRANKLIN AMERICAN<br>MORTGAGE COMPANY, et al.,<br>    Defendants. | C.A. No. 12-843-M |

| | |
|---|---|
| RAFFAEL ESTRADA, et al.,<br>    Plaintiffs,<br><br>v.<br><br>RAMP 2006-SP4, et al.,<br>    Defendants. | C.A. No. 12-297-M |
| RAYMOND HIDALGO, et al.,<br>    Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br>    Defendants. | C.A. No. 13-004-M |
| NATALIE A. CASCI, et al.,<br>    Plaintiffs,<br><br>v.<br><br>US BANK N.A., et al.,<br>    Defendants. | C.A. No. 12-924-M |
| MARY STRICKLAND<br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br>    Defendants. | C.A. No. 12-492-M |

| | |
|---|---|
| TODD THOMAS,<br>    Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br>    Defendants. | C.A. No. 13-162-M |
| CHARLES DUVA, et al.,<br>    Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, N.A., et al.,<br>    Defendants. | C.A. No. 13-090-M |
| LOUIS LESNIAK,<br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br>    Defendants. | C.A. No. 12-334-M |
| JORGE BRAVO, et al.,<br>    Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A., et al.,<br>    Defendants. | C.A. No. 13-406-M |
| MAL SALVADORE<br>    Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., et al.,<br>    Defendants. | C.A. No.: 13-250-M |

## ORDER

The Court orders the Plaintiffs in each of the above-captioned cases to show cause no later than May 23, 2014, why the Court should not order the Special Master to return to the Defendants the Use and Occupancy Fees that the Plaintiff paid to the Special Master.

IT IS SO ORDERED:

_/s/ John J. McConnell, Jr._
John J. McConnell, Jr.
United States District Judge

May 8, 2014